AO 242 (Rev. 12/85) Warrant for Arrest AUSA LAWRENCE M. BARDFELD SPECIAL AGENT JOE COLLINS (954) 249-2000

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

THOMAS L. NAROG, ET AL.

## WARRANT FOR ARREST

CASE NUMBER: **00-6211**

CR - HURLEY

MAGISTRATE JUDGE VITUNAC

**TO:** The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SABER ABDELMUTI _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine),

in violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

*[signature: Dennis Butler]*
Signature of Issuing Officer

BB

Bail fixed at $PRE-TRIAL DETENTION

AUGUST 1, 2000, FORT LAUDERDALE, FLORIDA
Date and Location

by *[signature]* BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |