United States District Court
Middle District of Florida
801 North Florida Avenue, Suite 1232
Tampa, Florida 33602-3800

Thomas G. Wilson
United States Magistrate Judge

(813) 301-5588

August 16, 2000

Clerk, U.S. District Court
299 E. Broward Boulevard
Suite 109
Ft. Lauderdale, FL 33301

Dear Sir or Madam:

    RE:  United States v. Saber Abdelmuti
           Our Case No. 8:00-M-330M-TW
           <u>Your Case No. 00-6211-CR-HURLEY</u>

    Enclosed herewith are the original Magistrate Judge Proceedings, Appearance Bond and Docket Sheet Entries.

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

    Very truly yours,

    SHERYL L. LOESCH, CLERK

    By: CARRIE A. WILLIAMS
    Secretary/Deputy Clerk

Enclosure

_____

THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER: _____

           _____
           (Signature)

           _____
           (Date)

United States District Court
Middle District of Florida
801 North Florida Avenue, Suite 1232
Tampa, Florida 33602-3800

Thomas G. Wilson
United States Magistrate Judge

(813) 301-5588

August 16, 2000

Clerk, U.S. District Court
299 E. Broward Boulevard
Suite 109
Ft. Lauderdale, FL 33301

Dear Sir or Madam:

    RE:   United States v. Saber Abdelmuti
           Our Case No. 8:00-M-330M-TW
           <u>Your Case No. 00-6211-CR-HURLEY</u>

    Enclosed herewith are the original Magistrate Judge Proceedings, Appearance Bond and Docket Sheet Entries.

    Kindly acknowledge receipt of this letter on the copy provided, indicating the case number assigned by your transferee district.

    Very truly yours,

    SHERYL L. LOESCH, CLERK

    By: CARRIE A. WILLIAMS
    Secretary/Deputy Clerk

Enclosure

_____

THE ABOVE FILE HAS BEEN RECEIVED AND ASSIGNED OUR CASE NUMBER: _____

_____
(Signature)

_____
(Date)

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA  :
                          :
v.                        :   CASE No. 8:00-M-330M-TW
                          :
SABER ABDELMUTI           :
                          :

## ORDER OF REMOVAL

The defendant, SABER ABDELMUTI, having been apprehended in the Middle District of Florida, on an indictment warrant out of the Southern District of Florida, and subsequently having been released on bond and waiving an identity hearing, the defendant is hereby ORDERED to appear personally for **arraignment upon notice** in the Southern District of Florida-Ft. Lauderdale Division.

DONE and ORDERED at Tampa, Florida, this _11_ day of August, 2000.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)

**GRANITE STATE INSURANCE COMPANY**
BAIL BOND DIVISION
3900 ARGONAUT WAY, SUITE 167
FREMONT, CA 94538-1308
888-703-4663 OR 510-505-1975

**FEDERAL POWER OF ATTORNEY**

POWER NO. ***FS00-000-2529***

POWER AMOUNT $ ***100,000***

KNOW ALL MEN BY THESE PRESENTS that Granite State Insurance Company, a corporation duly organized and existing under the laws of the State of Pennsylvania and by the authority of the resolution adopted by the Board of Directors at a meeting duly called and held on April 28, 1998, which said Resolution has not been amended or rescinded, does constitute and appoint each by these presents to make, execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments of penalties, or any other conditions imposed by a court not specifically related to court appearance.

This power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.
The obligation of the company shall not exceed the sum of ***ONE HUNDRED THOUSAND DOLLARS***
and provided this Power-of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, GRANITE STATE INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this __10__ of __AUGUST__ __2000__
DAY   MONTH   YEAR

Bond Amount $ 50,000
Defendant SABER ABDELMUTI
Charges 21:841(a)(2) AND 846
Court US DISTRICT
Case No 8:00m330 MTW
City FT. LAUDERDALE State FL
If rewrite, original No. _____
Executing Agent _____


(Seal)

By _Elizabeth M. Tuck_
Elizabeth M. Tuck, Corporate Secretary

VOID IF NOT ISSUED BY: 10/12/2000
**FOR FEDERAL USE ONLY**
NOT VALID IF USED IN STATE COURT

178 6/98   **COURT COPY**   GBB271

# United States District Court

MIDDLE ——— DISTRICT OF ——— FLORIDA

UNITED STATES OF AMERICA

V.

SABER ABDELMUTI

_____
Defendant

APPEARANCE BOND

CASE NUMBER: 8:0M330M-TW

~~Non-surety: I, the undersigned defendant acknowledge that I and my . . .~~
Surety:    We, the undersigned, jointly and severally acknowledge that we and our personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $ 50,000

The conditions of this bond are that the defendant __SABER ABDELMUTI__
(name)
is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment, and obey and perform the further conditions in the Order of Release attached hereto and made a part hereof.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on __August 10, 2000__ at __Tampa, Florida__.
                        Date                          Place

Defendant. _____[signature]_____      Address. 863/816-7181
           SABER ABDELMUTI                    432 South Road
                                              Lakeland, FL  33809
Surety.    _____[signature]_____      Address. 97 NE 15th Street
           DEBRA A. TRIPP, Atty-in-Fact       Homestead, FL  33030
Surety.    GRANITE STATE INS. CO.     Address. (B&B Bail Bonds Agency of Fla.)
                                              1/800/366-0789

Signed and acknowledged before me on __August 10, 2000__
                                          Date

                                      _____[signature]_____
                                      Judicial Officer/Clerk
                                      or DEPUTY U.S. MARSHAL

Approved: _____[signature]_____
          THOMAS G. WILSON, U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE No. 8:00-M-330-M-TW

SABER ABDELMUTI

## ORDER OF RELEASE

It is hereby ORDERED:

1. That the conditions of release are hereby established as set forth below.

2. That the United States Marshal is hereby directed to release the above-named defendant upon his agreement, in writing, to comply with the following conditions of release.

DONE and ORDERED at Tampa, Florida, this 10th day of August, 2000.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

## CONDITIONS OF RELEASE

1. The defendant must appear before the Court in accordance with all notices.

2. The defendant must not, at any time, for any reason whatsoever, leave the Middle and Southern Districts of Florida without first obtaining written permission of the United States District Court for the Southern District of Florida.

AO 72A
(Rev.8/82)

3. The defendant must not change his present address without first advising in writing the Clerk of the Court for the Southern District of Florida.

4. The defendant shall not commit a federal, state or local crime during the period of his release. The defendant shall not possess any controlled substances. The defendant shall inform the Pre-Trial Services Agency **immediately** if arrested or otherwise charged with any offense. The defendant is specifically advised that federal law prohibits conduct relating to intimidation of witnesses, jurors and officers of the Court (18 U.S.C. 1503); conduct relating to obstruction of criminal investigations (18 U.S.C. 1510); conduct involving tampering with witnesses, victims or informants (18 U.S.C. 1512); and conduct involving retaliation against a witness, victim or informant (18 U.S.C. 1513), as well as attempts to commit any of the foregoing acts.

5. **SPECIAL CONDITIONS**:

(a) Except when attending court in the Southern District of Florida, the defendant shall report **by telephone** (813/225-7648 or 1/800/676-0125), every **Tuesday** no later than **4:00 P.M.**, to the United States Pre-Trial Services Agency, Tampa Division.

(b) The defendant shall abstain from use of all illegal substances and shall submit to any method of testing required by the Pre-Trial Services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.

(c) The defendant shall remain under electronic monitoring except when attending a conference with his attorney, when attending court or during the time he is employed.

(d) The defendant shall surrender his passport to the United States Pre-Trial Services Agency, Tampa Division, prior to his release.

6. A violation of any of the above conditions may result in the immediate issuance of a warrant for the defendant's arrest and may result in a forfeiture of the bond previously given.

Further, upon re-arrest, the defendant may be detained in jail without the setting of new conditions of release or, if new conditions of release are established, those conditions will, in all likelihood, be significantly greater than the conditions previously established.

Moreover, a person who violates his conditions of release may be prosecuted for contempt of Court.

7. A defendant commits a separate offense against the laws of the United States if, after having been released under these conditions of release, he knowingly fails to appear before a Court as required by the conditions of release, or knowingly fails to surrender for service of a sentence pursuant to a court order. If a person fails to appear in connection with --

(a) an offense punishable by death, life imprisonment or imprisonment for a term of 15 years or more, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than 10 years, or both;

(b) an offense punishable by imprisonment for a term of five or more years, but less than 15 years, the penalties for failure to appear are a fine of not more than $250,000, or imprisonment for not more than five years, or both;

(c) any other felony, the penalties for failure to appear are a $250,000 fine, or imprisonment for not more than two years, or both;

(d) a misdemeanor, the penalties for failure to appear are a $100,000 fine (if the offense occurred after November 1, 1987), or a $25,000 fine (if the offense occurred before November 1, 1987), or imprisonment for not more than one year, or both.

At the present time, the charge in this case involves penalties which equal or exceed the penalty set forth in subparagraph (a), and therefore, the penalties for failure to appear are those conditions in that subparagraph.

Any term of imprisonment imposed for failure to appear is required by law to be consecutive to the sentence of imprisonment for any other offense.

Furthermore, federal law provides that a person convicted of an offense which is committed while the defendant is released under these conditions of release shall be sentenced, in addition to the sentence prescribed for the offense, to a term of imprisonment of not more than 10 years if the offense is a felony; or a term of not more than one year, if the

in this document must be submitted **in a written motion with a proposed order** at least **three (3)** days prior to the date upon which travel is expected to begin. Failure to comply with this requirement will result in automatic denial of the request unless a showing is made that an actual emergency situation exists, such as serious illness in the family.

offense is a misdemeanor. Any term of imprisonment imposed pursuant to this provision of law is to be consecutive to any other term of imprisonment.

I acknowledge that I have read the above or that the above has been read to me and that I fully understand the conditions of my admission to bail and the possible penalties for the violation of any of those conditions.

I further acknowledge that I have been given a copy of this instrument, as well as a copy of the bail bond to which it is attached.

Signed at Tampa, Florida, this 10th day of August, 2000.

_____         _____
            WITNESS                                  DEFENDANT

1. The Middle District of Florida consists of the following Florida counties: Baker, Bradford, Brevard, Charlotte, Citrus, Clay, Collier, Columbia, DeSoto, Duval, Flagler, Glades, Hamilton, Hardee, Hendry, Hernando, Hillsborough, Lake, Lee, Madison, Marion, Manatee, Nassau, Orange, Osceola, Pasco, Pinellas, Polk, Putnam, Sarasota, St. Johns, Seminole, Sumter, Suwannee, Union and Volusia.

2. The telephone numbers and mailing address for the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, are: 813/301-5400; and 801 North Florida Avenue, Second Floor, United States Courthouse, Tampa, FL 33602.

3. The telephone number of the United States Marshal's Office for the Middle District of Florida, Tampa Division, is: 813/274-6401.

4. The telephone number and mailing address of the United States Attorney for the Middle District of Florida, Tampa Division, are: 813/274-6000; and 400 Tampa Street, Suite 3200, Tampa, FL 33602.

5. The telephone number and address of the United States Pre-Trial Services Agency, Tampa Division, are: 500 Zack Street, Room 301, Tampa, FL 33602; and 813/225-7648 (or 1/800/676-0125).

6. <u>NOTICE TO COUNSEL AND DEFENDANT</u>: In cases assigned to United States Magistrate Judge Thomas G. Wilson, any requests to travel outside the area set forth

-4-

## GRANITE STATE INSURANCE COMPANY
BAIL BOND DIVISION
39120 ARGONAUT WAY, SUITE 167
FREMONT, CA 94538-1308
888.703.4663 OR 510.505.1915

## FEDERAL POWER OF ATTORNEY

POWER NO. ***GF100-0005252S***

POWER AMOUNT $ ***$100,000***

KNOW ALL MEN BY THESE PRESENTS that Granite State Insurance Company, a corporation duly organized and existing under the laws of the State of Pennsylvania and by the authority of the resolution adopted by the Board of Directors at a meeting duly called and held on April 28, 1998, which said Resolution has not been amended or rescinded, does constitute and appoint and by these presents does make, constitute and appoint the named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its behalf and as its act and deed, as surety, a bail bond only. Authority of such Attorney-in-Fact is limited to appearance bonds and cannot be construed to guarantee defendant's future lawful conduct, adherence to travel limitation, fines, restitution, payments or penalties, or any other condition imposed by a court not specifically related to court appearance.

This power of Attorney is for use with Bail Bonds only. Not valid if used in connection with Federal Immigration Bonds. This power void if altered or erased, void if used with other powers of this company or in combination with powers from any other surety company, void if used to furnish bail in excess of the stated face amount of this power, and can only be used once.

The obligation of the company shall not exceed the sum of ***ONE HUNDRED THOUSAND DOLLARS*** as a part of the court records. The said Attorney-in-Fact is hereby authorized to insert in this Power-of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, GRANITE STATE INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this _____10_____ DAY of _____AUGUST_____ MONTH _____2000_____ YEAR

Bond Amount $ 50,000

Defendant: SABEL ABDELMUTI

Charges: 21:841(a)(a) AND 846

Court: US DISTRICT

Case No. 8:00m330 MTW

City FT. LAUDERDALE State FL

If rewrite, original No. _____

Executing Agent: [signature] NAME

(Seal)

By [signature]
Elizabeth M. Tuck, Corporate Secretary

VOID IF NOT ISSUED BY: 10/12/2000

FOR FEDERAL USE ONLY
NOT VALID IF USED IN STATE COURT

70478 6/98

**COURT COPY**

GBB271

COPY FOR COURT

UNITED STATES DISTRICT CO...
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
MAGISTRATE JUDGE THOMAS G. WILSON

CASE NO. 8:00 M 330 (TW)   DATE: August 8, 2000
U.S.A. vs. Saber Abdelmuti
GOVT. COUNSEL: AUSA Colleen Murphy   DEFT. COUNSEL: Ted Weeks

PROCEEDINGS: [ ] INITIAL APPEARANCE  [✓] DETENTION  [ ] BOND HEARING
(Check proceeding(s) that apply)

_____ Deft provided w/copy of [ ] Indictment  [ ] Information  [ ] Complaint
_____ ARREST DATE _____  [ ] NOT ARRESTED-Appeared on Notice
_____ Court summarized charges
_____ Court advises of Deft's Rule 5 rights
_____ Financial Affidavit submitted for approval
_____ FPD appointed for all purposes  _____ CJA counsel appointed
_____ FPD appointed w/Deft to pay _____
_____ Deft to retain counsel by _____
__✓__ Govt position on release or detention  $50,000 secured bond, electronic monitoring,
_____ Pretrial Services Officer comments on background report  surrender passport
_____ Deft comments on background report
_____ Deft requests continuance to prepare for detention hearing
_____ Govt requests continuance to prepare for detention hearing
_____ Court grants Motion for Continuance. Detention hearing set for _____
_____ Court: Order of Temporary Detention pending hearing
_____ Court: Order of Detention Pending [ ] Trial  [ ] Sentencing
__✓__ Court: Orders Bond set at  $50,000 Secured by property or surety
       __✓__ Residence/travel restricted to Middle District of Florida + SD of Fla
       __✓__ Pretrial Supervision report [ ] in person [✓] by telephone by 4 PM every Tuesday except when attending
       __✓__ Abstain from drug use & submit to urinalysis testing as required by Pretrial Services Court
       _____ No firearms, alcohol
       _____ Maintain/seek employment
       __✓__ Passport to be surrendered to [ ] Clerk, USDC  [✓] Pretrial Services
       _____ Obtain no passport
       _____ Pilot's license to be surrendered to _____
_____ Preliminary Examination [ ] WAIVED
_____ Preliminary Examination [ ] REQUESTED/CONDUCTED - Probable cause established

Comments: Govt withdraws request for detention after conferring with AUSA in SD of Fla.
Def asks for travel in Southern District - already implied.
Add'l condition: remain under electronic monitoring except when
seeing lawyer, employment or attending court in SD of Fla.
Waived identity hearing.

INTERPRETER: _____   RECORDER: Carrie Williams
Hearing Time: 3:30 - 3:46   Room: 12A   Tape: 192/767 - 1365

# FINANCIAL AFFIDAVIT
**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
**IN THE CASE OF** _____ VS. _____ FOR _____ AT _____

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name): **JABER ABDELMUTI**

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate:
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor
**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**

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: **April 2000**
- How much did you earn per month? $ **2000**
- If married is your Spouse employed? ☐ Yes ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
  - RECEIVED: $ **7000**
  - SOURCES: **Ahmad Almasri**

**CASH**
- Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ **1200**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT
  - VALUE: $ _____
  - DESCRIPTION: **mobile Home for my ex wife, 4 cars**

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☑ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **3**
- List persons you actually support and your relationship to them: **3 children**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Foreclose on the House | $ 134000 | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **8/7/2000**

**SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)** ▶ _[signature]_



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLERK'S MINUTES
MAGISTRATE JUDGE THOMAS G. WILSON

CASE NO. 8:00-M-330MTW   DATE: August 7, 2000

U.S.A. vs. Saber Abdelmuti

GOVT. COUNSEL: AUSA Colleen Murphy   DEFT. COUNSEL: _____

PROCEEDINGS: [X] INITIAL APPEARANCE  [ ] DETENTION  [ ] BOND HEARING
(Check proceeding(s) that apply)

✓   Deft provided w/copy of [X] Indictment SD of Fla [ ] Information [ ] Complaint
✓   ARREST DATE 8/7/2000   [ ] NOT ARRESTED-Appeared on Notice
✓   Court summarized charges
___   Court advises of Deft's Rule 5 rights
___   Financial Affidavit submitted for approval
___   FPD appointed for all purposes  ___ CJA counsel appointed
___   FPD appointed w/Deft to pay _____
✓   Deft to retain counsel by _____
✓   Govt position on release or detention ties to Jordan, no job, flight risk.
___   Pretrial Services Officer comments on background report
___   Deft comments on background report
___   Deft requests continuance to prepare for detention hearing
___   Govt requests continuance to prepare for detention hearing
___   Court grants Motion for Continuance. Detention hearing set for _____
___   Court: Order of Temporary Detention pending hearing
___   Court: Order of Detention Pending [ ] Trial  [ ] Sentencing
___   Court: Orders Bond set at _____
    ___ Residence/travel restricted to Middle District of Florida
    ___ Pretrial Supervision report [ ] in person [ ] by telephone by 4 PM every ____
    ___ Abstain from drug use & submit to urinalysis testing as required by Pretrial Services
    ___ No firearms, alcohol
    ___ Maintain/seek employment
    ___ Passport to be surrendered to [ ] Clerk, USDC  [ ] Pretrial Services
    ___ Obtain no passport
    ___ Pilot's license to be surrendered to _____
___   Preliminary Examination [ ] WAIVED
___   Preliminary Examination [ ] REQUESTED/CONDUCTED - Probable cause established

Comments: Continued until atty can be contacted/present.

INTERPRETER: _____   RECORDER: Carrie Williams
Room: 12A   Tape: 191/1349-1585

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INITIAL APPEARANCE BEFORE UNITED STATES MAGISTRATE
JUDGE THOMAS G. WILSON**

CASE No. 8:00-M-330M-TW        DATE: AUGUST 7, 2000

UNITED STATES OF AMERICA  -v-  SABER ABDELMUTI

I. ADVISED OF CHARGE AND OF RIGHTS

II. DEFENDANT'S RIGHT TO COUNSEL

[X] RETAIN OWN ATTORNEY          [ ] WAIVED COUNSEL
[ ] FPD APPOINTED                [ ] CJA ATTORNEY APPOINTED

III. CONDITIONS OF RELEASE

[ ] BAIL SET $_____         [ ] DETAINED WITHOUT BOND

[ ] PERSONAL SURETY _____   [ ] CORPORATE SURETY

[ ] REPORT TO PRE-TRIAL SERVICES BY 4 PM EVERY _____
    [ ] BY TELEPHONE             [ ] IN PERSON AS DIRECTED
    [ ] ABSTAIN FROM DRUG USE    [ ] SUBMIT TO DRUG TESTING

OTHER CONDITIONS: _____

IV. FURTHER PROCEEDINGS

Advised of rights. Def. requested continuance of detention hearing until atty could be present.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

```
AUG. -07 00(SUN) 10:51                      TEL:                              P.001
AUG. -04 00(FRI) 14:36   DEA TAMPA          TEL:813 288 1291                  P.002
08/04/00   FRI 14:23 FAX 9544651901                                           @002
```

AO 442 (Rev. 12/85) Warrant for Arrest  AUSA LAURENCE M. BARDFELD  SPECIAL AGENT JOE COLLINS (954) 489-1710

## United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

THOMAS L. NAROG, ET AL.

89-3307

**WARRANT FOR ARREST**

CASE NUMBER: 00-6211
CR-HURLEY
MAGISTRATE JUDGE
VITUNAC

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SABER ABDELMUTI _____
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to Possess a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine); and possession of a listed chemical (Pseudoephedrine) knowing it will be used for manufacturing a controlled substance (Methamphetamine).

In violation of Title 21 United States Code, Section(s) 841(d)(2) and 846

CLARENCE MADDOX
Name of Issuing Officer

[signature: Butler]
Signature of Issuing Officer

Bail fixed at $PRE-TRIAL DETENTION

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

AUGUST 1, 2000  FORT LAUDERDALE, FLORIDA
Date and Location

by BARRY S. SELTZER, U.S. MAGISTRATE JUDGE
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| INFORMATION COPY ONLY | INFORMATION COPY ONLY | Certified to be a true and correct copy of the document on file Clarence Maddox Clerk, U.S. District Court Southern District of Florida By: _____ Deputy Clerk |
| MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | MAKE RETURN ON ORIGINAL WARRANT WITH UNITED STATES MARSHAL | |
| DATE OF ARREST | | |

```
                                                              CLOSED
                    U.S. District Court
              Middle District of Florida (Tampa)

         CRIMINAL DOCKET FOR CASE #: 00-M -330-ALL


USA v. Abdelmuti                              Filed: 08/07/00
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Thomas G. Wilson

SABER ABDELMUTI (1)           Theodore Willard Weeks, III
    defendant                    [term  08/16/00]
  [term  08/16/00]              [COR LD NTC ret]
                                3500 S. Florida Ave., P.O. Box
                                2657
                                Lakeland, FL 33806-2657
                                813/688-4889


Pending Counts:

   NONE


Terminated Counts:

   NONE



Complaints:

   NONE


========================
```

I certify the foregoing to be a true and correct copy of the original.
SHERYL L. LOESCH, Clerk
United States District Court
Middle District of Florida
By: [signature]
Deputy Clerk

```
oceedings include all events.
:00m 330-ALL USA v. Abdelmuti
                                                                    CLOSED
Case Assigned to:   Magistrate Judge Thomas G. Wilson

DEBRA A. TRIPP (88888) , B&B
Bail Bonds Agency of Florida,
Granite State Insurance
Company, 97 NE 15th Street,
Homestead, FL   33030
1/800/366-0789
      Surety


Pending Counts:

    NONE


Terminated Counts:

    NONE



Complaints:

    NONE


U. S. Attorneys:

    Colleen D. Murphy
    [COR LD NTC]
    U.S. Attorney's Office
    Middle District of Florida
    400 N. Tampa St., Suite 3200
    Tampa, FL 33602
    USA
    813/274-6240
```

roceedings include all events.
3:00m 330-ALL USA v. Abdelmuti

CLOSED

| Date | Doc | Description |
|---|---|---|
| 8/7/00 | -- | ARREST (RULE 40) of Saber Abdelmuti from Southern District of Florida in indictment on charge(s) of 21:841d2 Possess WITD Methamphetamine - 1 count (caw) [Entry date 08/16/00] |
| 8/7/00 | 1 | INITIAL APPEARANCE held on 8/7/00 before Magistrate Judge Thomas G. Wilson as to Saber Abdelmuti Tape: 191/1349-1585 Defendant informed of rights. Government requested detention. Defendant requested continuance until attorney can be present. (caw) [Entry date 08/16/00] |
| 8/7/00 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Saber Abdelmuti (caw) [Entry date 08/16/00] |
| 8/8/00 | 3 | DETENTION HEARING held on 8/8/00 before Magistrate Judge Thomas G. Wilson as to Saber Abdelmuti. Government withdrew request for detention. WAIVED identity hearing. Bail set at $50,000 surety bond, travel in Middle and Southern Districts of Florida, except when attending court the defendant must remain under electronic monitoring, may travel to see attorney and may travel to employment, report by phone to PreTrial Services every Tuesday by 4 PM except when attending court, must surrender passport to PreTrial Services Tape: 192/767-1365 (caw) [Entry date 08/16/00] |
| 8/10/00 | 4 | ORDER setting conditions of release as to Saber Abdelmuti Conditions of release indicated in Doc. 3. Bond set to $50,000 Surety for Saber Abdelmuti. ( Signed by Magistrate Judge Thomas G. Wilson ) (caw) [Entry date 08/16/00] |
| 8/10/00 | 5 | APPEARANCE BOND ( Surety) for Saber Abdelmuti in the amount of $ 50,000 ( Signed by Magistrate Judge Thomas G. Wilson ) (caw) [Entry date 08/16/00] |
| 8/11/00 | 6 | ORDER of REMOVAL to Southern District of Florida as to Saber Abdelmuti ( Signed by Magistrate Judge Thomas G. Wilson ) ctc (caw) [Entry date 08/16/00] |
| 8/16/00 | 7 | TRANSFER (RULE 40) to Southern District of Florida as to Saber Abdelmuti Terminated defendant Saber Abdelmuti. (caw) [Entry date 08/16/00] |