UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 00-6211
CR-HURLEY

UNITED STATES OF AMERICA, ]
]
      Plaintiff, ]
vs. ]
]
THOMAS L. NAROG, ]
GHANDI JABER, ]
AHMAD ALMASRI ]
NADIA ALMASRI, ]
MUTASEM AL-SALHI, ]
SABER ABDELMUTI, ]
RAED NASER ALDIN, ]
NABIL AQUIL, ]
NIZAR FNEICHE, ]
MOTLAQ JABER, ]
TEREK ZAKI ABU-LAWI, ]
RABAH EL HADDAD, ]
ZAUHAIR MAHUMUD RABEAI ]
and ]
MOHAMMED SAMHAN, ]
]
      Defendants. ]
_____ ]

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney hereby appears as counsel for the Defendant, **SABER ABDELMUTI**, in the above styled cause of action.

Respectfully submitted,

THEODORE W. WEEKS, IV, ESQUIRE
Law Offices of Lane Trohn
One Lake Morton Drive
Post Office Box 3
Lakeland, Florida 33802-0003
(863) 284-2200
Florida Bar No: 0188468
Attorney for Defendant, **Saber Abdelmuti**
/das

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Laurence M. Bardfeld, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401 by regular United States Mail on this the ____ Day of August, 2000.

_____
THEODORE W. WEEKS, IV, ESQUIRE