# UNITED STATES DISTRICT COURT

### SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA
       Plaintiff,

**NOTICE**

    VS.

    CASE NUMBER: 00-6211-CR-HURLEY/VITUNAC

SABER ABDELMUTI (SURR)
     (Deft. required)
       Defendant.

TYPE OF CASE:

       ( ) **CIVIL**       (XX) **CRIMINAL**

(XX) **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

PLACE:
UNITED STATES COURTHOUSE
701 CLEMATIS STREET
WEST PALM BEACH, FL. 33401

ROOM NO.:
    **COURTROOM #3    (4TH FLOOR)**
DATE AND TIME:
**TUESDAY, 10-3-00 @ 9:30 AM**

TYPE OF PROCEEDING:

     **INITIAL APPEARANCE**

( ) **TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

PLACE:         DATE/TIME PREVIOUSLY      CONTINUED TO, DATE
              SCHEDULED:             AND TIME:

                     ANN E. VITUNAC
                  U.S. MAGISTRATE JUDGE

 **SEPTEMBER 25, 2000**
DATE                  (BY) DEPUTY CLERK

TO:  THEODORE W. WEEKS, ESQUIRE
     UNITED STATES ATTORNEY (LAURENCE BARDFELD)
     UNITED STATES MARSHAL
     UNITED STATES PRETRIAL SERVICE

