# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 10/03/2000   TIME: 9:30 AM

DEFT. SABER ABDELMUTI ✓ (SURR)   CASE NO. 00-6211-CR-HURLEY/VITUNAC ✓

AUSA. LAURENCE BARDFELD ✓   ATTY. THEODORE W. WEEKS (Perm)

AGENT. JOSEPH COLLINS-DEA   VIOL. 21:841(d)(2), 846

PROCEEDING  INITIAL HEARING   BOND. $50,000 CSB ~~PSB~~ SET IN M/D OF FLORIDA-TAMPA DIVISION

DISPOSITION  Initial Bond & Arraignment held

Deft present with Counsel - sworn/testd

Notice of permanent appearance filed.

Ore Tenus Motion for Pro Hac Vice - Granted

Written motion to be filed & fee to be paid.

Court hereby adopts Bond & all conditions as set in M/D of Florida.

All further hearings will require an Interpreter.

Deft. waives formal reading of the Indictment & pleads Not Guilty.

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovered Order requested  / signed & distributed

Status/Disc. Set for 11-3-00 @ 9:30 AM before Judge Vitunac.

DATE: 10-3-00        TAPE: AEV 00-68-1