UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABER ABDELMUTI,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **OCTOBER 3, 2000**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: ON BOND

    Telephone no.:

**DEFENSE COUNSEL:**    Name: THEODORE W. WEEKS

    Address: 1 LAKE MORTON DRIVE
    LAKELAND, FLORIDA 33803

    Telephone no.: (863) 284-2200

BOND/////CONTINUED: $ 50,000 CSB SET IN M/D OF FLORIDA-TAMPA

BOND//// hrg held: YES __X__ NO___ BOND/PTD hrg set for _____

Dated this __3__ day of __OCTOBER__, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:    Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service