UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6211-CR-HURLEY/VITUNAC</u>



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABER ABDELMUTI,

    Defendant (s).

_____

# ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS

1.    IT IS HEREBY ORDERED that counsel for the Government and the Defense appear before MAGISTRATE JUDGE___<u>VITUNAC</u>_____ in West Palm Beach on <u>FRIDAY, NOVEMBER 3, 2000</u> at <u>9:30 AM</u>_____ for STATUS CONFERENCE to resolve pre-trial motions and discovery problems.

    All counsel are directed to read carefully the Standing Discovery Order which clearly delineates the parties' discovery obligations, including the materials sought by the vast majority of the standard pre-trial motions. Routine filing of "Boilerplate" motions covered by the Standing Discovery Order, as well as repeated failure to timely provide discovery has substantially contributed to the backlog of criminal cases in this District. Accordingly, all counsel are hereby advised that this Court will recommend the imposition of sanctions against attorneys who persist in these practices.

    Where the parties are able to resolve pretrial matters prior to the date of the above scheduled status conference, they should so notify the Court, in writing, and will be excused from attendance at the conference.

2.    Under Rule 88.5 of the Local Rules of the United States District Court for the Southern District of Florida it is the duty of counsel to provide the Court with written reports setting forth the speedy Trial status of each case pending before the Court. Such report shall be submitted to the United States Attorney pursuant to that Rule. Such report shall set forth:

    A.    All excusable time on which there is agreement, including the applicable statutes;
    B.    All excusable time as recorded on the docket on which there is a conflict, including the applicable statutes;
    C.    I.    Computation of the gross time;
            ii.    Excusable time;



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6211-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABER ABDELMUTI,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on **OCTOBER 3, 2000**, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**  Address: ON BOND

Telephone no.: _____

**DEFENSE COUNSEL:**  Name: THEODORE W. WEEKS

Address: 1 LAKE MORTON DRIVE

LAKELAND, FLORIDA 33803

Telephone no.: (863) 284-2200

BOND/////CONTINUED: $ 50,000 CSB SET IN M/D OF FLORIDA-TAMPA

BOND//// hrg held: YES__X__ NO___ BOND/PTD hrg set for_____

Dated this __3__ day of __OCTOBER__, 2000.

CLARENCE MADDOX, CLERK OF COURT

By: _____
    Deputy Clerk

c:   Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service