CASE NUMBER _____00-6211-CR-HURLEY/VITUNAC_____

# INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE _____ARABIC_____

DEFENDANT(S) _____SABER ABDELMUTI_____

_____

_____

_____

c: Court Interpreter Supervisor

