# United States District Court
## Southern District of Florida



United States of America     Case# 00-6211-CR

Vs

ABDELMUTI, Saber     Prisoner # ~~████~~

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To Clerk's Office, United States District Court: (Circle One)

MIAMI     FT. LAUDERDALE     **WEST PALM BEACH**     FT PIERCE

(CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATE COURT)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ALL ITEMS ARE TO BE COMPLETED. INFORMATION NOT APPLICABLE OR UNKNOWN TO BE INDICATED BY "N/A"

1) DATE AND TIME OF ARREST _____
2) LANGUAGE(S) SPOKEN  Arabic
3) OFFENSE(S) CHARGED _____
4) U.S. CITIZEN [ ] YES [ ] NO [ ] UNKNOWN
5) DATE OF BIRTH  12-5-59
6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    [X] INDICTMENT    [ ] COMPLAINT TO BE FILED/ALREADY FILED
    [ ] BENCH WARRANT FOR FAILURE TO APPEAR
    [ ] PROBATION VIOLATION WARRANT
    [ ] PAROLE VIOLATION WARRANT

CASE # _____
ORIGINATING DISTRICT  S/FL
COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [✓] NO
7) AMOUNT OF BOND 50,000 CSB  WHO SET BOND  Vitunac
8) ARRESTING AGENT _____ DATE _____
9) AGENCY  USCS  PHONE _____
10) REMARKS _____