FILING FEE
PAID ___75.__
In Forma
Pauperis 713366
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff,

vs.                                                    CaseNo.:00-6211-CR-HURLEY-VITUNAC

SABER ABDELMUTI

Defendant.
_____/

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Theodore W. Weeks, III, of the law firm of Lane, Trohn, Bertrand & Vreeland, P.A., for purposes of appearing as co-counsel on behalf of SABER ABDELMUTI herein, in the above-styled case only.

Theodore W. Weeks, III certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of United States District Court, Middle Division. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Middle District Of Florida.

In further support of this Motion, it is hereby designated that Theodore W. Weeks, IV is a member of the bar with this District Court. He is a person to whom the Court and

2

counsel may readily communicate and upon whom papers may be served.

### CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: October __14__, 2000

_____
Theodore W. Weeks, IV

Executed under the penalty of perjury on the __14__ day of October, 2000.

                         Respectfully submitted,
                         By: Theodore W. Weeks, III

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been furnished by regular U.S. mail this __14__ day of __October__, 2000, to: Laurence Bardfeld, United States Attorney, 500 E. Broward Blvd.., Suite 700, Fort Lauderdale, FL 33394.

                         LANE, TROHN, BERTRAND & VREELAND, P.A.

                         _____
                         Theodore W. Weeks, III
                         Florida Bar No. 159017
                         Theodore W. Weeks, IV
                         Florida Bar No. 0188468
                         Post Office Box 3
                         Lakeland, Florida 33802-0003
                         Telephone (941) 284-2200
                         Attorneys for Plaintiff

AO 136 (Rev. 11/99) Certificate of Good Standing

# United States District Court
## Middle District of Florida

**CERTIFICATE OF GOOD STANDING**

I, SHERYL L. LOESCH, Clerk of this Court, certify that

THEODORE WILLARD WEEKS, III, Bar #159017, was duly

admitted to practice in this court on March 10, 1982, and is in

good standing as a member of the Bar of this Court.

Dated at Tampa, Florida on October 12, 2000

SHERYL L. LOESCH, CLERK          Rebecca J Huckett
                                         Deputy Clerk