UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-Cr-Hurley/Vitunac



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABER ABDELMUTI,

    Defendant.
_____/

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

THIS CAUSE has come before this Court upon the application of Theodore W. Weeks, III, counsel for SABER ABDELMUTI, for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court,

ORDERS that said motion be, and the same is hereby GRANTED.

DONE AND ORDERED in Chambers at West Palm Beach in the Northern Division of the Southern District of Florida, this 23 day of October, 2000.

                                               Ann E. Vitunac
                                               United States Magistrate Judge

Copies to:

Theodore W. Weeks, III, Esq.
Lane, Trohn, et al.
P.O. Box 3
Lakeland, FL 33802-0003

AUSA - Laurence Bardfeld, Esq.
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394

