UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: <u>00-6211-CR-HURLEY/VITUNAC(s)</u>

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SABER ABDELMUTI,

    Defendant.
_____/



### ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on __MARCH 14,__ 2001, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**          Address: _____ON BOND_____

                                    _____

                                    Telephone no.:_____

**DEFENSE COUNSEL:**    Name: _____THEODORE WEEKS_____

                                    Address: ___1 LAKE MORTON DRIVE_____

                                             ___LAKELAND, FLORIDA 33802_____

                                    Telephone no.:<u>(941) 284-2200</u>_____

BOND/SET//////////: $__50,000 CSB_____

BOND/PTD hrg held: YES_____ NO___ BOND/PTD hrg set for_____

Dated this __14__ day of ____MARCH_____, 2001.

                                                       CLARENCE MADDOX, CLERK OF COURT

                                                       By: _____
                                                              Deputy Clerk

c:  Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service