UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT
ON _3-14-01_ AT
_1015_ , FLA.

.... ..... Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES OF AMERICA

      Plaintiff,

vs.                                    Case No.: 00-6211-CR-HURLEY-VITUNAC

SABER ABDELMUTI

      Defendant.

_____/

## ORDER

**THIS MATTER** came to be considered in chambers upon the Agreed Motion and Order of the parties.

**IT IS ORDERED AND ADJUDGED** that the Defendant, SABER ABDELMUTI's conditions of bond be enlarged to permit him to remove permanently his electronic monitoring device, and that the Defendant will maintain an active cell phone for pretrial purposes.

All other conditions of the Defendant's bond will remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

Copies to:
Theodore W. Weeks, IV, Esq.
Laurence M. Bardfeld, US Attorney