UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                    Case No.: 00-6211-CR-HURLEY-VITUNAC

SABER ABDELMUTI

    Defendant.
_____/

## AGREED MOTION AND ORDER TO ENLARGE BOND CONDITIONS

### Recitals

I, THEODORE W. WEEKS, IV, attorney for SABER ABDELMUTI, swear under penalty of perjury that the following is true:

Defendant, ABDELMITI, SABER, was arrested on July 29, 2000, for possession of a precursor to manufacture methamphetamine and related charges. Subsequent to a detention, Defendant was released on bond.

The Defendant lives in Lakeland, and has worked at a convenience store in Dade City, Florida.

Since the Defendant's initial release, the Defendant has complied with all of his pretrial conditions. Assistant United States Attorney, Laurence Bardfeld, has no objection to the Defendant being able to remove the electronic monitoring device.

The Defendant will continue to carry a cell phone that can be monitored by Pretrial Services.

### 88.9 Certificate

The undersigned hereby certifies that the Government, represented by Assistant United States Attorney, Laurence Bardfeld, advised the undersigned on March 7, 2001, that he agrees that the Defendant's bond may be enlarged to permit him to remove the electronic monitoring device.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Laurence M. Bardfeld, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach, Florida 33401 via hand delivery on this the 14th Day of March, 2001.

GRAY HARRIS ROBINSON LANE TROHN

Theodore W. Weeks, III
Florida Bar No. 159017
Theodore W. Weeks, IV
Florida Bar No. 188468
Post Office Box 3
Lakeland, Florida 33802-0003
Telephone (863) 284-2200
Attorneys for Defendant, ABDELMUTI