# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC**   DATE: 03/14/2001   TIME: 10:00 AM

DEFT. SABER ABDELMUTI (B) ✓   CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
(Arabic Interp. Ord'd-3/7/01) ✓

AUSA. LAURENCE BARDFELD ✓   ATTY. THEODORE WEEKS (RETAINED) ✓

AGENT. DEA   VIOL. 21:841(a)(1), 846

PROCEEDING: ARRAIGNMENT ON SUPERSEDING INDICTMENT   BOND. $50,000 CSB

DISPOSITION: Arraignment held. Deft present with counsel, waives formal reading of the S/Indictment & pleads not guilty.

Reading of indictment Waived
Not guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Signed & dist. Status/Disc 4-16-01 @ 9:30 - Judge Vitunac

Defense files agreed motion to remove electronic monitoring device — Granted in open court. Deft. to give PTS his active cell phone number. Possible Plea.

DATE: 3-14-01   TAPE: AEV01-16-2745