UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 00-6211
CR-HURLEY

UNITED STATES OF AMERICA, ]
]
    Plaintiff, ]
vs. ]
]
THOMAS L. NAROG, ]
GHANDI JABER, ]
AHMAD ALMASRI ]
NADIA ALMASRI, ]
MUTASEM AL-SALHI, ]
SABER ABDELMUTI, ]
RAED NASER ALDIN, ]
NABIL AQUIL, ]
NIZAR FNEICHE, ]
MOTLAQ JABER, ]
TEREK ZAKI ABU-LAWI, ]
RABAH EL HADDAD, ]
ZAUHAIR MAHUMUD RABEAI ]
and ]
MOHAMMED SAMHAN, ]
]
    Defendants. ]
_____ ]

### NOTICE OF CHANGE OF PLEA HEARING

**COMES NOW,** T.W. Weeks, III, counsel for the Defendant, **SABER ABDELMUTI,** and hereby gives Notice of Change of the Plea Hearing, in the above captioned cause of action, as presently scheduled for March 28, 2001 at 1:30 p.m.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Laurence M. Bardfeld, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach by regular United States Mail on this 23rd Day of March, 2001.

Respectfully submitted,

*[signature]*

T.W. WEEKS, III, ESQUIRE
Gray, Harris, Robinson, Lane Trohn
One Lake Morton Drive
Post Office Box 3
Lakeland, Florida 33802-0003
(863) 284-2200
Florida Bar No.: 159017
Attorney for Defendant, ABDELMUTI
/tla

**Copies furnished to:**
Fred Haddad, Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, Fl 33394
Glenn Seiden, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, Il 60602
Richard Hamer, Esquire, 2437 Briar crest Road, Beverly Hills, CA 90210
Mark NeJame, Esquire, One South Orange Avenue, Suite 304, Orlando, Fl 32801
Randee Golder, Esquire, P.O. Box 3756, Boynton Beach, FL 33424
John Howes, Esquire, 633 SE 3rd Avenue, Suite 4-F, P.O. Box 697, Ft. Lauderdale, 33802
Paul Goodman, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL 606022
Tim Biosello, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, Il 60602
Charles White, Esquire, 2250 SW 3rd Avenue, Suite 150, Miami, Fl 33129