REC'D by _____ D.C.

MAR 29 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE DANIEL T. K. HURLEY



FILED by ___ D.C.

MAR 28 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

===============================================

Case No. _00-6211-CR_                           Date _March 28, 2001_

Courtroom Deputy: James E. Caldwell         Court reporter: Pauline Stipes

Language Spoken: _English_                   Defendant's Status: (Pretrial Detained / Bond)

UNITED STATES OF AMERICA v. _Saber Abdelmuti_

AUSA: _Lothrop Morris for Laurence Bardfeld_      DEFENSE COUNSEL: _Theodore W. Weeks IV_

TYPE OF HEARING: _Change of plea from not guilty to guilty as to Count 1 of the indictment._

RESULTS OF HEARING: _After an inquiry, the plea of guilty was accepted._

Misc.: _Sentencing date set for Friday, June 22, 2001, at 9:30 a.m._