# COURT MINUTES

U.S. MAGISTRATE JUDGE **ANN E. VITUNAC** DATE: 04/16/2001   TIME: 9:30 AM

DEFT.   SABER ABDELMUTI   (B)
(Deft. not required)
AUSA.   *James Hawkins* LAURENCE BARDFELD

CASE NO. 00-6211-CR-HURLEY/VITUNAC(s)
ATTY. *John Howes for* THEODORE WEEKS (RETAINED)

AGENT.   DEA

VIOL. 21:841(a)(1), 846

PROCEEDING   STATUS/DISCOVERY CONF.

BOND.   $50,000 CSB

DISPOSITION   Status/Discovery held.
Parties present
At least 1 month for Trial
Discovery Cmt except for expert testimony
Govt states Expert testimony will be
available to Defense Counsel by this Wednesday.

Deft plead guilty on 3/28/01 before
Judge Hurley

DATE: 4-16-01

TAPE: AEV 01-24-1