UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 00-6211
CR-HURLEY



| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] |
| THOMAS L. NAROG, | ] |
| GHANDI JABER, | ] |
| AHMAD ALMASRI | ] |
| NADIA ALMASRI, | ] |
| MUTASEM AL-SALHI, | ] |
| SABER ABDELMUTI, | ] |
| RAED NASER ALDIN, | ] |
| NABIL AQUIL, | ] |
| NIZAR FNEICHE, | ] |
| MOTLAQ JABER, | ] |
| TEREK ZAKI ABU-LAWI, | ] |
| RABAH EL HADDAD, | ] |
| ZAUHAIR MAHUMUD RABEAI and | ] |
| MOHAMMED SAMHAN, | ] |
| Defendants. | ] |

## MOTION FOR UNOPPOSED CONTINUANCE OF SENTENCING

**COMES NOW,** the Defendant, SABER ABDELMUTI, by and through his undersigned attorney and files this his Motion for Continuance of Sentencing Date, as presently set for June 22, 2001. As grounds for such continuance the defendant, through counsel would show as follows:

1. That this court has jurisdiction of the subject matter.

2. That the United States Government through it's Assistant U.S. Attorney General, Lawrence M. Bardfeld, does not oppose this Motion for Continuance.

3. That the Defendant, SABER ABDELMUTI, is involved with, and plans to assist the United States of America through it's agents in an ongoing investigation.

NON-COMPLIANCE OF S.D. fla. L.R. 5.1.A.2

Insufficient time remains between the filing of this motion and the scheduled sentencing for the government to prepare any recommendations involving a 5-K Motion.

4.  It is respectfully requested that this Court consider a continuance of the sentencing in this cause of action for a period of ninety (90) days; such request for continuance is being made in good faith.

Respectfully submitted,

T.W. WEEKS, III, ESQUIRE
Gray, Harris, Robinson, Lane Trohn
One Lake Morton Drive
Post Office Box 3
Lakeland, Florida 33802-0003
(863) 284-2200
Florida Bar No.: 159017
Attorney for Defendant, ABDELMUTI
/tla

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Laurence M. Bardfeld, Assistant United States Attorney, 500 Australian Avenue, Suite 400, West Palm Beach by regular United States Mail and Facsimile transmission on this ____ Day of June, 2001.

**Copies furnished to:**
Fred Haddad, Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, Fl 33394
Glenn Seiden, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, Il 60602
Richard Hamer, Esquire, 2437 Briar crest Road, Beverly Hills, CA 90210
Mark NeJame, Esquire, One South Orange Avenue, Suite 304, Orlando, Fl 32801
Randee Golder, Esquire, P.O. Box 3756, Boynton Beach, FL 33424
John Howes, Esquire, 633 SE 3rd Avenue, Suite 4-F, P.O. Box 697, Ft. Lauderdale, 33802
Paul Goodman, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL 606022
Tim Biosello, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, Il 60602
Charles White, Esquire, 2250 SW 3rd Avenue, Suite 150, Miami, Fl 33129