UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6211-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

SABER ABDELMUTI,
    Defendant.
_____/



### ORDER GRANTING MOTION TO CONTINUE AND RESETTING SENTENCING HEARING

THIS CAUSE come before the court upon written motion from counsel representing the above named defendant, to continue the sentencing hearing presently set for Friday, June 22, 2001. Being fully advised, it is

**ORDERED** and **ADJUDGED** that:

    1. The motion to continue is **granted**.

    2. This matter is reset to **Friday, October 19, 2001, at 3:30 p.m.** in courtroom 5, of the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida 33401.

    **DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this ___21st___ day of June, 2001.

                                    Daniel T. K. Hurley
                                    United States District Judge

**copy furnished:**
AUSA Laurence M. Bardfeld
Theodore W. Weeks, IV, Esq.
United States Probation Office (West Palm Beach, FL)

