UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 00-6211
CR-HURLEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] |
| THOMAS L. NAROG, | ] |
| GHANDI JABER, | ] |
| AHMAD ALMASRI | ] |
| NADIA ALMASRI, | ] |
| MUTASEM AL-SALHI, | ] |
| SABER ABDELMUTI, | ] |
| RAED NASER ALDIN, | ] |
| NABIL AQUIL, | ] |
| NIZAR FNEICHE, | ] |
| MOTLAQ JABER, | ] |
| TEREK ZAKI ABU-LAWI, | ] |
| RABAH EL HADDAD, | ] |
| ZAUHAIR MAHUMUD RABEAI | ] |
| and | ] |
| MOHAMMED SAMHAN, | ] |
| Defendants. | ] |

FILED by _____ D.C.
OCT 15 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING

**This Matter** came on to be heard upon the Unopposed Motion for Continuance of Sentencing. This Court being otherwise fully advised and after review of the Motion, in the premises of this Court that such Motion shall granted. It is hereby;

**ORDERED** and **ADJUDGED** that the Motion for Unopposed Continuance of Sentencing is granted. The sentencing hearing for defendant Saber Abdelmuti is reset to Friday, December 21, 2001, at 1:30 p.m. ~~It is further ordered that the Unopposed Motion Continuance of Sentencing shall be cancelled for the hearing date scheduled October 19, 2001 and shall be reset by the Clerk of this Court~~.

**DONE AND ORDERED** in West Palm Beach County, Florida, this 15th Day of October, 2001.

_____
DANIEL T. K. HURLEY
District Judge