UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 00-6211
CR-HURLEY



FILED
DEC 18 2001
CLERK, USDC / SDFL / WPB

| | |
|---|---|
| UNITED STATES OF AMERICA, | ] |
| Plaintiff, | ] |
| vs. | ] |
| THOMAS L. NAROG, | ] |
| GHANDI JABER, | ] |
| AHMAD ALMASRI | ] |
| NADIA ALMASRI, | ] |
| MUTASEM AL-SALHI, | ] |
| SABER ABDELMUTI, | ] |
| RAED NASER ALDIN, | ] |
| NABIL AQUIL, | ] |
| NIZAR FNEICHE, | ] |
| MOTLAQ JABER, | ] |
| TEREK ZAKI ABU-LAWI, | ] |
| RABAH EL HADDAD, | ] |
| ZAUHAIR MAHUMUD RABEAI | ] |
| and | ] |
| MOHAMMED SAMHAN, | ] |
| Defendants. | ] |

### MOTION FOR UNOPPOSED CONTINUANCE OF SENTENCING

**COMES NOW,** the Defendant, SABER ABDELMUTI, by and through his undersigned attorney and files this his Motion for Continuance of Sentencing Date, as presently set for December 21, 2001. As grounds for such continuance the defendant, through counsel would show as follows:

1. That this court has jurisdiction of the subject matter.

2. That the United States Government through it's Assistant United States Attorney, THOMAS A. O'MALLEY, does not oppose this Motion for Continuance, and in fact joins in this continuance that is presently scheduled.

3. That the Defendant, SABER ABDELMUTI, is providing substantial assistance



and it is anticipated to testify, in yet, untried matters of companion defendants.

4. It is respectfully requested that this Court consider a continuance of the sentencing in this cause of action for a period of ninety (90) days, such request for continuance is being made in good faith.

Respectfully submitted,

T.W. WEEKS, III, ESQUIRE
Gray, Harris, Robinson, Lane Trohn
One Lake Morton Drive
Post Office Box 3
Lakeland, Florida 33802-0003
(863) 284-2200
Florida Bar No.: 159017
Attorney for Defendant, ABDELMUTI
/tla

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Thomas A. O'Malley, Assistant United States Attorney, 500 East Broward Blvd. Suite 700, Ft. Lauderdale, Florida, 33394 by regular United States Mail and Facsimile transmission on this ___ Day of December, 2001.

**Copies furnished to:**
Fred Haddad, Esquire, One Financial Plaza, Suite 2612, Fort Lauderdale, Fl 33394
Glenn Seiden, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, Il 60602
Richard Hamer, Esquire, 2437 Briar crest Road, Beverly Hills, CA 90210
Mark NeJame, Esquire, One South Orange Avenue, Suite 304, Orlando, Fl 32801
Randee Golder, Esquire, P.O. Box 3756, Boynton Beach, FL 33424
John Howes, Esquire, 633 SE 3rd Avenue, Suite 4-F, P.O. Box 697, Ft. Lauderdale, 33802
Paul Goodman, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, IL 606022
Tim Biosello, Esquire, 33 North Dearborn Street, Suite 1015, Chicago, Il 60602
Charles White, Esquire, 2250 SW 3rd Avenue, Suite 150, Miami, Fl 33129