UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NO.: 00-6211
CR-HURLEY

UNITED STATES OF AMERICA, ]
]
     Plaintiff, ]
vs. ]
]
████████ ]
████████ ]
████████, ]
SABER ABDELMUTI, ]
████████N, ]
████████L, ]
████████, ]
████████, ]
████████D, ]
████████AI ]
████████ ]
]
     Defendants. ]
──────────────────────────── ]



## ORDER ON UNOPPOSED CONTINUANCE OF SENTENCING

**This Matter** came on to be heard upon the Unopposed Motion for Continuance of Sentencing. This Court being otherwise fully advised and after review of the Motion, in the premises of this Court that such Motion shall granted. It is hereby;

**ORDERED** and **ADJUDGED** that the Motion for Unopposed Continuance of Sentencing is granted. This matter is reset to Friday, March 15, 2002, at 2:30 p.m. .

~~It is further ordered that the Unopposed Motion Continuance of Sentencing shall be cancelled for the hearing date scheduled, December 21, 2001 and shall be reset by the Clerk of this Court for xxxxx Day of xxxxxxxxxxxx 2002xx~~

**DONE AND ORDERED** in West Palm Beach County, Florida, this 20th Day of DEC. ~~October~~, 2001.

                                                   _Daniel T. K. Hurley_
                                                 DANIEL T. K. HURLEY
                                                 District Judge