UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6211-CR-HURLEY/VITUNAC (s)

UNITED STATES OF AMERICA,

v.

SABER ABDELMUTI,

  Defendant.

RECEIVED & FILED IN OPEN COURT
ON March 15, 2003 AT
West Palm Beach, FLA.

... District Court
... District of Florida

### GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE PURSUANT TO U.S.S.G. §5K1.1

THE UNITED STATES, through its undersigned Assistant United States Attorney, moves this Honorable Court pursuant to United States Sentencing Guideline §5K1.1 to depart downward from the Sentencing Guideline range applicable to defendant SABER ABDELMUTI in recognition of substantial assistance that the defendant has provided in the prosecution of other persons who committed offenses, and in support thereof states:

1. The defendant was debriefed by DEA and provided information regarding co-defendant Ahmad Almasri's involvement in Counts 1 and 10 of the Superseding Indictment. The Government disclosed discovery materials to co-defendant Ahmad Almasri's counsel regarding the defendant's status as a potential witness against co-defendant Ahmad Almasri. On the eve of trial, co-defendant Ahmad Almasri entered a guilty plea in the instant case.

2. The defendant has provided additional information regarding other participants involved in the pseudoephedrine distribution conspiracy which may or may not result in future indictments.



WHEREFORE, the United States respectfully requests that this Honorable Court grant the instant motion and impose a sentence below the imprisonment range established by the Sentencing Guidelines.

> Respectfully submitted,
>
> GUY A. LEWIS
> UNITED STATES ATTORNEY
>
> By: *[signature]*
> THOMAS A. O'MALLEY
> Assistant United States Attorney
> Florida Bar No. 310964
> 500 East Broward Boulevard, Suite 700
> Fort Lauderdale, Florida 33394
> Tel: (954) 356-7254; Fax:(954) 356-7336

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was hand-delivered this 15th day of March, 2002, to: Theodore W. Weeks, IV, Esq.

> *[signature]*
> THOMAS A. O'MALLEY
> Assistant United States Attorney

2