WE WERE UNABLE TO SEND THIS NOTICE TO YOU BY FAX.

It is being mailed to you due to technical problems.
We will continue to attempt to fax all subsequent notices.
Please check your fax machine or perhaps we have an incorrect fax number?

>>> NOTE: If you are no longer an attorney on this case, please disregard this notice.

---

Timothy Biasiello
Suite 1015
33 North Dearborn Street
Chicago, IL 60602 - 3105

FILED by ______ D.C.
JUL - 8 2004
CLERK U.S. DIST. CT.
S.D. OF FLA. · W.P.B.

--------------------

0:00-cr-06211 #715
1 page(s).
06/28/2004

--------------------

To verify we have your correct fax information, call our E-NOTICING help line at (305) 523-5212. Please have your bar id number available when you call.

NOTICE: Only certain Judges are E-NOTICING, so you must continue to provide envelopes for cases before non-participating Judges. Call the help line above for the list of participating judges.

NOTICE: Be sure to promptly notify the Clerk of Court in writing of any changes to your name, address, firm, or fax number. A notification should be sent for each of your active cases.

Control #: CV-fax_40D-6888

MAIL RETURNED
AS UNDELIVERABLE




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK (FAX)
301 N. MIAMI AVENUE, ROOM 150
MIAMI, FL 33128-7788
OFFICIAL BUSINESS
RETURNED TO SENDER
RETURN TO WRITER
UNDELIVERABLE AS ADDRESSED
NO FORWARDING ORDER ON FILE
USMS INSPECTED
PM
29 JUN
2004
MIAMI
JUN 29 04
FL
PB METER
7136661
U.S. POSTAGE