

**United States Government**
MEMORANDUM



DATE: November 4, 2004

FROM: James Peirce
U.S. Probation Officer
Southern District of Florida
West Palm Beach, FL
(561) 804-6852

SUBJECT: ABDELMUTI, Saber
Docket No. 00-6211-CR-HURLEY(s)
SD/FL PACTS No. 65055

TO: The Honorable Daniel T. K. Hurley
United States District Judge
Southern District of Florida
West Palm Beach, FL

### REQUEST FOR INTERNATIONAL TRAVEL

On March 28, 2001, the above-referenced supervised releasee pled guilty to Count One of a 14 Count Indictment charging him with conspiracy to possess a listed chemical, pseudoephedrine, knowing it will be used for manufacturing a controlled substance, methamphetamine, in violation of 21 U.S.C. §§ 846 and 841(d)(2). On March 15, 2002 the defendant was sentenced to one year and one day imprisonment, two (2) years supervised release and a $100 special assessment fee. Special conditions imposed: 1) The defendant shall maintain full-time, legitimate employment; and 2) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time.

On February 28, 2003, Mr. Abdelmuti commenced his term of supervised release in the Middle District of Florida. According to Marilyn Taylor, United States Probation Officer, Middle District of Florida, the supervised releasee has maintained a stable residence with his wife and children in Lakeland, Florida. Mr. Abdelmuti has remained employed with Speedy Food Mart in Tampa, Florida. Mr. Abdelmuti has complied with his conditions of supervised release and is scheduled to terminate his supervision on February 27, 2005.

730

The Honorable Daniel T. K. Hurley
United States District Judge
West Palm Beach, FL
November 4, 2004
Page 2

RE: ABDELMUTI, Saber
Docket No. 00-6211-CR-HURLEY(s)
SD/FL PACTS No. 65055
<u>**REQUEST FOR INTERNATIONAL TRAVEL**</u>

      On January 5, 2004, Your Honor previously approved Mr. Abdelmuti's travel to visit his family in Jordan from February 17, 2004 through March 1, 2004. The supervised releasee is again requesting permission to travel to Jordan to visit his family in December 2004. The supervised releasee also has a young son in Jordan that he would like to visit.

      United States Probation Officer Marilyn Taylor has no objection to the supervised releasee's international travel request to Jordan. Please indicate your decision on this matter.

      If Your Honor has any further questions, please contact this officer.

Respectfully submitted,

JRP
Attachments

REVIEWED BY:

_____
Patricia Laskowski, Supervising
U.S. Probation Officer

**INTERNATIONAL TRAVEL:**

APPROVED: ✓            DENIED: _____

_____     Nov. 19, 2004
Honorable Daniel T. K. Hurley        Date
United States District Judge